No. 96–9145. Bramson v. United States. C. A. 4th Cir. Certiorari denied.

No. 96–9149. McDonald v. Bowersox, Superintendent, Potosi Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 96–9150. Nagib v. United States. C. A. 7th Cir. Certiorari denied.

No. 96–9151. Medina-Alfonso v. United States. C. A. 11th Cir. Certiorari denied.

No. 96–9159. Austin v. Lucht, Warden, et al. C. A. 3d Cir. Certiorari denied.

No. 96–9162. Jennings v. United States. C. A. 8th Cir. Certiorari denied.

No. 96–9164. Jones v. United States. C. A. 6th Cir. Certiorari denied.

No. 96–9165. Haut v. United States. C. A. 3d Cir. Certiorari denied.

No. 96–9168. Hathcock v. United States. C. A. 8th Cir. Certiorari denied.

No. 96–9171. Fernandez-Roque v. United States. C. A. 4th Cir. Certiorari denied.

No. 96–9172. Haut v. United States. C. A. 3d Cir. Certiorari denied.

No. 96–9173. Hamilton v. United States. C. A. 7th Cir. Certiorari denied.

No. 96–9174. Draves v. United States. C. A. 7th Cir. Certiorari denied.

No. 96–9175. Collins v. Farmers Home Administration et al. C. A. 11th Cir. Certiorari denied.

No. 96–9179. Scroggins v. United States. C. A. 4th Cir. Certiorari denied.